# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **DORRIS BAKER** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:11-CV-200** |
| | § | |
| **MILDRED WHITAKER, AS** | § | |
| **SURVIVING SPOUSE AND** | § | |
| **PERSONAL REPRESENTATIVE OF** | § | |
| **THE ESTATE OF ALGIE MARCUS** | § | |
| **WHITAKER, JR., DECEASED** | § | |
| **Defendant** | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH  PREJUDICE

Plaintiff's Motion to Dismiss this cause of action with prejudice having been presented to me, and considered the same, it is therefore

ORDERED that Plaintiff's Motion to Dismiss is GRANTED in that all matters in controversy have been resolved, and all costs of court charged to the party incurring same.  This case is DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 5th day of June, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE